IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLON MARTIN,<br><br>    Petitioner,<br><br>v.<br><br>JAMES ROBERTSON, Warden,<br><br>    Respondent. | Case No. ED CV 18-935-ODW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 8, 2020

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE